UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUG FOUST,

    Petitioner,

    v.

UNITED STATES, et al.,

    Defendants.
_____/

No. C 10-80204 MISC PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

The court is in receipt of a Petition to Quash Internal Revenue Service Summons, filed August 17, 2010. Petitioner has noted in the petition's case caption that the matter is related to USA v. 480 Abbie Street, Pleasanton, CA 94566, C 10-70253 CRB. The court is unable to clearly ascertain from either the docket in this purportedly related matter (which is under seal) or the instant petition whether the two are in fact related. Thus, pursuant to Civil Local Rule 3-12(c), the instant petition is hereby REFERRED to the Honorable Judge Breyer for consideration of whether it is related to case pending before him.

**IT IS SO ORDERED.**

Dated: August 24, 2010

                                            PHYLLIS J. HAMILTON
                                            United States District Judge