| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T) |
|   | Assistant United States Attorney |
| 3 | Chief, Tax Division |
|   | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |
|   | 9th Floor Federal Building |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7000 |
|   | Fax:        (415) 436-6748 |

Attorneys for United States of America

**FILED**
2010 OCT 22 P 3: 59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS L. FOUST, | No. C-10-80204-CRB |
| Petitioner, | APPLICATION BY UNITED STATES TO REMOVE DECLARATION OF JEFFREY MAURICE (DOCKET #8) AND [~~PROPOSED~~] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## APPLICATION

The United States respectfully requests that this Court enter an Order requiring the Clerk of the Court to remove the Declaration of Jeffrey Maurice (Docket Entry #8) for the reason that it contains information that was not redacted prior to filing the Declaration. This error was inadvertent and accidental and this application is being made within minutes of receiving the Opposition to Motion to Dismiss Petition to Quash pointing out such error.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: October 22, 2010

*/s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Chief, Tax Division

1 **ORDER**

2 Based upon the Application by United States to Remove Declaration of Jeffrey Maurice
3 (Docket Entry #8), IT IS HEREBY ORDERED that the Clerk of Court remove the Declaration
4 of Jeffrey Maurice (Docket Entry #8).

6 SO ORDERED

9 DATED: OCTOBER 22, 2010.

~~CHARLES R. BREYER~~ WILLIAM ALSUP
United States District Judge