**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DOUGLAS FOUST,                          No. C 10-80204 CRB

12              Petitioner,                  **JUDGMENT**

13      v.

14   UNITED STATES OF AMERICA,

15              Respondent.
                                         /
16

17       The Court, having granted Respondent's Motion to Dismiss and denied Petitioner's

18   Petition to Quash, hereby enters Judgment in Respondent's favor against Petitioner.

19       **IT IS SO ORDERED.**

20

21

22   Dated: November 8, 2010          CHARLES  R. BREYER
                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

G:\CRBALL\2010\80204\Judgment.wpd