IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. FOUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 10-80204 CRB<br><br>**ORDER TO SHOW CAUSE** |

On January 3, 2011, Petitioner Douglas Foust filed a Petition to Quash Internal Revenue Summons. Petitioner has already taken an appeal in this matter from this Court's Order and Judgment granting the government's Motion to Dismiss Petitioner's original Petition to Quash. See Dkts. 22-24. Accordingly, it appears to the Court, and has been urged by the government, that there is no jurisdiction to hear the present Petition to Quash.

Petitioner is hereby ORDERED to SHOW CAUSE, in writing by January 26, 2011, why the Petition to Quash Internal Revenue Summons (dkt. 34) should not be stricken for lack of jurisdiction because this matter is presently on appeal.

**IT IS SO ORDERED.**

Dated: January 18, 2011

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\80204\Order to Show Cause.wpd