Doug Foust
480 Abbie St.
Pleasanton, Ca 94566
510-913-7403

Plaintiff In Propria Persona & Sui Juris

FILED
2011 MAR 24 A 11: 56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT OF THE UNITED STATES
(SAN FRANCISCO, CALIFORNIA)

| | |
|---|---|
| Petitioner, ) | Case No.: C-10-80204-CRB |
| ) | Related: C10-70253 |
| Doug Foust ) | District Judge Charles Breyer |
| ) | **ORDER** |
| vs. ) | ~~REQUEST~~ FOR TIME EXTENSION TO |
| ) | SUBMIT OBJECTION AND RESCHEDULE |
| ) | OF HEARING |
| United States, ET AL. ) | 10mc80273 CRB |
| ) | 11mc80005 CRB |

REQUEST FOR TIME EXTENSION:

In March 2011 I was bed ridden with an influenza infection for approx 10 days and as a result I have been

unable to submit a timely motion to object to the AUSA's motion to dismiss my quash. In addition, my 90

year old terminally ill mother contracted the infection as well. My obligation and responsibility as her

primary and sole care giver has additionally restricted my ability to responded in a timely manner.

I humbly request the court grant me until April 23, 2011 by which to submit my objection and also request

a rescheduling of the April 8, 2011 hearing for May 6, 2011.

Respectfully submitted this March 23, 2011

Doug Foust, petitioner pro per

## DECLARATION OF SERVICE

It is hereby certified that the attached document was served on the following on March 23, 2011 by deposing true and correct copies thereof, enclosed in a sealed envelpe with postage fully prepaid, in the United States mail at: Pleasanton, Ca addressed as follows:

U.S. Attorney, (AUSA) 450 Golden Gate , San Francisco, Ca 94102

IRS Special Agent, Jeffrey Maurice, Oakland, Field Office, 1301 Clay Street, Suite 170 South, Oakland, Ca 94612

Executed on March 23, 2011      By: _____

Doug Foust, petitioner In Pro Per